# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRITTANY SANDOVAL and CHRISTIE LANGLOIS,<br><br>            Plaintiffs,<br><br>    vs.<br><br>ADLER WALLACH & ASSOCIATES, INC. d/b/a AWA COLLECTIONS, and DOES 1-10, inclusive,<br><br>            Defendant. | Case No. 2:19-cv-00889-TLN-KJN<br><br>**ORDER GRANTING STIPULATION TO CONTINUE DATES** |

**GOOD CAUSE APPEARING**, For good cause appearing in the parties' stipulation, the Court agrees to continue the following dates as follows:

Discovery cut-off continued from 1/17/2020 to 1/18/21

Expert disclosure continued from 3/17/2020 to 3/17/21

Rebuttal disclosure continued from 4/16/20 to 4/16/21

The right to designate a supplemental expert for rebuttal purposes only shall apply to a party who has not previously disclosed an expert witness on the date set for expert disclosure by this Order.

If the parties choose not to file dispositive motions, the deadline to file

1

statement saying so is continued from 5/5/2020 to 5/5/21

Otherwise deadline for dispositive motions is continued from July 15, 2020 to July 15, 2021.

**IT IS SO ORDERED.**

Dated: April 24, 2020

Troy L. Nunley
United States District Judge